```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   NICASIO ROMAN
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 10-289 JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND TO CONTINUE |
| | ) | STATUS CONFERENCE TO OCTOBER 26, |
| v. | ) | 2010, AT 9:30 A.M. |
| | ) | |
| NICASIO ROMAN, | ) | Date:  September 28, 2010 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Roman, that the Court should vacate the status conference scheduled for September 28, 2010, at 9:30 a.m., and reset it for October 26, 2010, at 9:30 a.m.

Counsel for Mr. Roman requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and discovery with Mr. Roman. Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Roman.

It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through October

STIPULATION AND [PROPOSED ORDER]                    1                          10-289 JAM

26, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Roman's request for a continuance outweigh the best interest of the public and Mr. Roman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: September 21, 2010         Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: September 21, 2010         BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for Michele Beckwith
                                  _____
                                  MICHELE BECKWITH
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on October 26, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: 9/21/2010                  /s/ John A. Mendez
                                  _____
                                  HON. JOHN A. MENDEZ
                                  United States District Judge

STIPULATION AND [PROPOSED ORDER]        2                    10-289 JAM