```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   NICASIO ROMAN
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10-289 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND TO CONTINUE |
| | ) | STATUS CONFERENCE TO NOVEMBER 23, |
| v. | ) | 2010, AT 9:30 A.M. |
| | ) | |
| NICASIO ROMAN, | ) | Date: October 26, 2010 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Roman, that the Court should vacate the status conference scheduled for October 26, 2010, at 9:30 a.m., and reset it for November 23, 2010, at 9:30 a.m.

Counsel for Mr. Roman requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and discovery with Mr. Roman. Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Roman.

It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through November

STIPULATION AND [PROPOSED ORDER]          1                              10-289 JAM

23, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Roman's request for a continuance outweigh the best interest of the public and Mr. Roman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: October 25, 2010          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Defendant

Dated: October 25, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for Michele Beckwith
                                 _____
                                 MICHELE BECKWITH
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on November 23, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).


DATED:__10/25/2010_____
_____   /s/ John A. Mendez_____
                                 HON. JOHN A. MENDEZ
                                 United States District Judge

STIPULATION AND [PROPOSED ORDER]     2                        10-289 JAM