```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    NICASIO ROMAN
 7
```

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

```
10  UNITED STATES OF AMERICA,    )  No. 10-289 JAM
                                 )
11              Plaintiff,       )  STIPULATION AND TO CONTINUE
                                 )  STATUS CONFERENCE TO JANUARY 18,
12       v.                      )  2011, AT 9:30 A.M.
                                 )
13  NICASIO ROMAN,               )  Date:  November 30, 2010
                                 )  Time:  9:30 a.m.
14              Defendant.       )  Judge: Hon. John A. Mendez
    _____)
15
```

16      THE PARTIES STIPULATE, through counsel, Michele Beckwith,

17 Assistant United States Attorney, and Michael Petrik, Jr., attorney for

18 Mr. Roman, that the Court should vacate the status conference scheduled

19 for November 30, 2010, at 9:30 a.m., and reset it for January 18, 2011,

20 at 9:30 a.m.

21      Counsel for Mr. Roman requires the continuance in order to review

22 the Pre-Plea Advisory Guideline Presentence Report and discovery with

23 Mr. Roman.  Counsel also requires the continuance to negotiate further

24 with the government on behalf of Mr. Roman.

25      It is further stipulated by the parties that the Court should

26 exclude the period of time from the date of this order through January

27

28  STIPULATION AND [PROPOSED ORDER]        1                   10-289 JAM

18, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Roman's request for a continuance outweigh the best interest of the public and Mr. Roman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 29, 2010        Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M.Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender
                                Attorneys for Defendant

Dated: November 29, 2010        BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for Michele Beckwith
                                _____
                                MICHELE BECKWITH
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on January 18, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: 11/29/2010_____

                                _____
                                /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Judge