```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
NICASIO ROMAN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>NICASIO ROMAN,               )<br>                             )<br>            Defendant.       )<br>_____)| No. 10-289 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 1, 2011, AT 9:30 A.M.<br><br>Date:  January 18, 2011<br>Time:  9:30 a.m.<br>Judge: Hon. John A. Mendez |

    THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Roman, that the Court should vacate the status conference scheduled for January 18, 2011, at 9:30 a.m., and reset it for March 1, 2011, at 9:30 a.m.

    Counsel for Mr. Roman requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and discovery with Mr. Roman. Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Roman.

/ / /

    It is further stipulated by the parties that the Court should

1

exclude the period of time from the date of this order through March 1, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Roman's request for a continuance outweigh the best interest of the public and Mr. Roman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 12, 2011              Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M.Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
                                     Attorneys for Defendant

Dated: January 12, 2011              BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M.Petrik for Michele Beckwith
                                     _____
                                     MICHELE BECKWITH
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on March 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED:__1/12/2011_____     /s/ John  A. Mendez
                                    _____
                                    HON. JOHN A. MENDEZ
                                    United States District Judge

2