```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   NICASIO ROMAN
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-289 KJM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE TO APRIL 28, |
| v. | ) 2011, AT 10:00 A.M. |
| NICASIO ROMAN, | ) Date: February 24, 2011 ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Kimberly J. Mueller |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Roman, that the Court should vacate the status conference scheduled for February 24, 2011, at 10:00 a.m., and reset it for April 28, 2011, at 10:00 a.m.

Counsel for Mr. Roman requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and discovery with Mr. Roman. Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Roman.

/ / /

1

It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through April 28, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Roman's request for a continuance outweigh the best interest of the public and Mr. Roman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: February 18, 2011              Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ M.Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant

Dated: February 18, 2011              BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M.Petrik for Michele Beckwith
                                      _____
                                      MICHELE BECKWITH
                                      Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**.  The Court orders time excluded from the date of this order through the status conference on April 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED:  February 22, 2011.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

2