DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
NICASIO ROMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>NICASIO ROMAN,<br><br>            Defendant.<br>_____ | ) No. 2:10-cr-00289 KJM<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE TO JULY 28,<br>) 2011, AT 10:00 A.M.<br>)<br>) Date:  June 30, 2011<br>) Time:  10:00 a.m.<br>) Judge: Hon. Kimberly J. Mueller<br>) |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Roman, that the Court should vacate the status conference scheduled for June 30, 2011, at 10:00 a.m., and reset it for July 28, 2011, at 10:00 a.m.

Counsel for Mr. Roman requires the continuance to obtain state court records regarding Mr. Roman's prior conviction.  Counsel also requires the continuance to review discovery with Mr. Roman.

/ / /

/ / /

/ / /

1

The parties further stipulate that the Court should exclude the period of time from the date of this order through July 28, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Roman's request for a continuance outweigh the best interest of the public and Mr. Roman in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: June 29, 2011                Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
                                    Attorneys for Defendant

Dated: June 29, 2011                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for Michele Beckwith
                                    _____
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference scheduled for June 30, 2011, is vacated and reset for July 28, 2011, at 10:00 a.m. The Court orders time excluded from the date of this order through July 28, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 29, 2011.

_____
UNITED STATES DISTRICT JUDGE

3