```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00289 KJM |
|---|---|
| Plaintiff, | ) ORDER SETTING MOTION HEARING; BRIEFING SCHEDULE |
| v. | ) |
| NICASIO ROMAN, | ) Date: July 28, 2011<br>) Time: 10:00 a.m.<br>) Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) |

This matter came before the Court for status conference on July 28, 2011. The parties agreed to set a hearing on October 13, 2011, at 10:00 a.m., for argument on defendant's forthcoming motions. The parties agreed that the Court should exclude time under the Speedy Trial Act up to and including October 13, 2011, pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, to allow counsel for the defense to research, prepare, and file motions.

The parties agreed that the ends of justice served by excluding time to allow the defense to research, prepare, and file motions outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

Finally, the parties agreed that the defendant will file motions on or before August 25, 2011; that the government will respond on or before September 29, 2011; and, that the defendant may reply on or before October 6, 2011.

Good cause appearing therefor,

**IT IS ORDERED** that defendant's motion will be heard on October 13, 2011, at 10:00 a.m.;

**IT IS FURTHER ORDERED** that the period from July 28, 2011, up to and including October 13, 2011, is excluded pursuant to 18 U.S.C. § 3161(h)(7), Local Code T4, to allow counsel for the defense to research, prepare, and file motions;

**IT IS FURTHER ORDERED** that the parties adhere to the briefing schedule set forth above unless modified by the Court; and,

**THE COURT FINDS THAT** the ends of justice served by excluding time to allow the defense to research, prepare, and file motions outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 29, 2011.

_____
UNITED STATES DISTRICT JUDGE

2