```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
NICASIO ROMAN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00289 KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | MOTION HEARING TO OCTOBER 27, |
| v. ) | 2011, AT 10:00 A.M., TOGETHER |
| ) | WITH BRIEFING SCHEDULE |
| NICASIO ROMAN, ) | |
| ) | Date: October 13, 2010 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Kimberly J. Mueller |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Roman, that the Court should vacate the motion hearing scheduled for October 13, 2011, at 10:00 a.m., and reset it for October 27, 2011, at 10:00 a.m.

Counsel for Mr. Roman requires the continuance to obtain state court records regarding Mr. Roman's prior conviction. Counsel also requires the continuance to review discovery with Mr. Roman.

///

1

1  Counsel agree that: the defendant will file motions on or before
2 September 8, 2011; the government will respond on or before October 13,
3 2011; and the defendant may reply on or before October 20, 2011.
4  The parties also stipulate that the Court should exclude the
5 period from the date of this order through October 27, 2011, when it
6 computes the time within which the trial of the above criminal
7 prosecution must commence for purposes of the Speedy Trial Act.  The
8 parties stipulate that the ends of justice served by granting Mr.
9 Roman's request for time to file motions outweighs the best interest of
10 the public and Mr. Roman in a speedy trial, and that this is an
11 appropriate exclusion of time for defense preparation within the
12 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4), and §
13 3161(h)(1)(D) (Local Code E).

Dated: August 19, 2011                Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ M. Petrik
                                      _____
                                      MICHAEL PETRIK, Jr.
                                      Assistant Federal Defender
                                      Attorneys for Defendant

Dated: August 19, 2011                BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ M. Petrik for Michele Beckwith
                                      _____
                                      MICHELE BECKWITH
                                      Assistant U.S. Attorney

/ / /
/ / /
/ / /

2

**ORDER**

**IT IS SO ORDERED.** The motion hearing set for October 13, 2011 is reset for October 27, 2011, at 10:00 a.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 27, 2011, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv); from the date of filing of the defense motion through October 27, 2011, time will be excluded under 3161(h)(1)(D).

DATED: August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE