UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

NICASIO ROMAN,

          Defendant.
_____/

NO. CR. S-10-00289 KJM

TRIAL CONFIRMATION ORDER

      The trial in the above-captioned case, scheduled to commence on May 14, 2012, at 9:00 a.m., was confirmed at the trial confirmation hearing held on March 21, 2012.  In preparation for the upcoming trial, the court hereby ORDERS:

      I.    TRIAL BRIEFS AND STATEMENT OF THE CASE

      No later than May 7, 2012, the parties shall file trial briefs and a statement of the case with the court.  In their trial briefs, the parties shall include a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, any other information the parties believe is relevant, and citations of authority in support thereof. In lieu of a statement of the case, the parties may file a joint proposed jury instruction that can be read to the jury in advance of voir dire that explains the nature of the case.

/////

/////

## II. PROPOSED JURY INSTRUCTIONS

Counsel are informed that the court has prepared a standard set of standard jury instructions. In general, they cover all aspects of the trial except those relating to the charges contained in the charging document. Accordingly, counsel need not prepare instructions concerning matters within the scope of the prepared instructions. A copy of the prepared instructions has been provided to the parties at the trial confirmation hearing. Counsel are further directed that their specific proposed jury instructions shall be filed no later than May 7, 2012. As to any instructions counsel desire to offer, the proposing party shall also submit a sanitized copy in either WordPerfect (strongly preferred) or Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

## III. PROPOSED VOIR DIRE QUESTIONS AND VERDICT FORM

The parties may file proposed voir dire questions no later than May 7, 2012. In addition, the Government shall file a proposed verdict form. Any proposed voir dire questions and the proposed verdict form shall also be submitted in either WordPerfect (strongly preferred) or Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

## IV. MOTIONS IN LIMINE

The parties shall file with the court motions in limine, if any, no later than April 11, 2012. The parties are required to meet and confer before filing a motion to determine if agreement can be reached or the scope of a motion narrowed before filing. Any motion filed shall contain a plain, concise summary of any reasonably anticipated disputes concerning admissibility of evidence, including but not limited to, live and deposition testimony, physical and demonstrative evidence and the use of special technology at trial, including computer animation, video discs, and other technology. Any opposition briefs to the motions in limine shall be filed no later than April 18, 2012. Unless otherwise noted, the court shall resolve the motions in limine on April 25, 2012 at 9:00 a.m.

/////
/////
/////

V.      EXHIBIT LIST AND WITNESS LIST

The government shall, and the defendant may, file exhibit and witness lists no later than May 7, 2012. Exhibit lists shall also be submitted in either WordPerfect (strongly preferred) or Microsoft Word format via email to: kjmorders@caed.uscourts.gov.

All exhibits should be pre-marked with exhibit stickers provided by the court. The government's exhibits shall be numbered. Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter. The parties may obtain exhibit stickers by contacting the clerk's office at (916) 930-4000.

VI. MISCELLANEOUS

Counsel also is referred to the additional information available at the court's on-line calendar page, by accessing the link titled " More Calendaring Information."

DATED:  March 22, 2012.

_____
UNITED STATES DISTRICT JUDGE