BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
MICHAEL D. ANDERSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-289 KJM |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO COMPEL FINGERPRINTS |
| v. | ) | |
| NICASIO ROMAN, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the defendant Nicasio Roman shall provide fingerprints to the fingerprint analyst designated by the government for purposes of fingerprint comparison.

DATED:  April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE